UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISDEMEANOR INFORMATION |
| - v. - | : | |
| MONICA L. FERDINAND, | : | 08 Cr. ____ |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x



## COUNT ONE

The United States Attorney charges:

From at least in or about January 2003 up through and including in or about May 2004, in the Southern District of New York and elsewhere, MONICA L. FERDINAND, the defendant, unlawfully, willfully, and knowingly did aid and abet an alien to enter the United States at a time and place other than as designated by immigration officers, and to elude examination and inspection by immigration officers, to wit, FERDINAND aided and abetted the submission of an Application for Immigrant Visa, form DS-230, for an alien, with the purpose of permitting the alien to enter the United States.

(Title 8, United States Code, Section 1325(a), and Title 18, United States Code, Section 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 2 2008

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**MONICA L. FERDINAND,**

**Defendant.**

**INFORMATION**

08 Cr. ___

(Title 8, United States Code,
Section 1325(a), Title 18,
United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.